```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------x
```
CITY OF NEW YORK,

        Plaintiff,  **MEMORANDUM AND ORDER**

  -against-  16-cv-2223 (FB) (CLP)

FU CHEN, and QIUYUE CHEN,

        Defendants.
```
---------------------------------------------------x
```

*Appearances*:

| | |
|---|---|
| *For Plaintiff*: | *For Defendants*: |
| ERIC PROSHANSKY | ANNA DEMIDCHIK |
| Corporation Counsel of the City of New York | The Kasen Law Firm, PLLC |
| 100 Church Street | 305 Broadway, Suite 1418 |
| New York, New York 10007 | New York, New York 10007 |

SABRINA YASMIN HASSAN
New York City Law Department
100 Church Street
New York, New York 10007

**BLOCK, Senior District Judge**:

      On September 12, 2016, Magistrate Judge Cheryl L. Pollak ("MJ") issued a Report and Recommendation ("R&R") recommending that, with plaintiff's consent, plaintiff's Motion for Default Judgment be denied and that defendants' Motion to Set Aside Default be granted. The R&R was docketed on September 12, 2016. To date, no objections have been filed, and thirty-five days have passed.

      Where there are no objections, the Court may adopt the R&R without de novo

review.  *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *Mario v. P & C Food Mkts., Inc.*, 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision.").  This Court, however, will conduct de novo review if it appears that the magistrate judge may have committed plain error.  *See Spence v. Superintendent, Great Meadow Corr. Facility*, 219 F.3d 162, 174 (2d Cir. 2000).  No such error appears here.  Accordingly, the Court adopts the R&R without de novo review and denies plaintiff's Motion for Default Judgment and grants defendants' Motion to Set Aside Default.

**SO ORDERED**.

/S/ Frederic Block_____
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
October 24, 2016